# IN THE UNITED STATES DISTRICT COURT
# EASTERN DIVISION OF ARKANSAS
# CENTRAL DIVISION

**LORI MAYBERRY**                                                     **PLAINTIFF**

**v.**                         **Case No. 4:19-cv-00709 KGB**

**THE LINCOLN NATIONAL LIFE**
**INSURANCE COMPANY**                                       **DEFENDANT**

## ORDER

Before the Court is plaintiff Lori Mayberry's notice of voluntary dismissal with prejudice of all Ms. Mayberry's claims against defendant The Lincoln National Life Insurance Company pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Ms. Mayberry agrees to bear her own costs, attorneys' fees, and expenses. For good cause shown, the Court dismisses this case with prejudice.

It is so ordered this 11th day of December, 2019.

                                                                  Kristine G. Baker
                                                                   United States District Judge